**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVE MULLEN,                          )          Case No.:  CV 10-2516 DSF (JEMx)
                                       )
                   Plaintiff,          )
                                       )
          vs.                          )
                                       )
UNITED STATES OF AMERICA,              )          JUDGMENT
                                       )
                   Defendant.          )
                                       )
_____       )

     The Court having determined that it lacks subject matter jurisdiction

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

be dismissed without prejudice, and that defendant recover just costs pursuant to

28 U.S.C. § 1919.


          7/28/10

Dated: _____          _____
                                           Dale S. Fischer
                                      United States District Judge